**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-1797**

---

JERRY ADAMS, SR.,

                                        Plaintiff - Appellant,

        versus

CITY OF SUFFOLK, VIRGINIA; STATE OF VIRGINIA,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca B. Smith, District Judge. (CA-99-293-2)

---

Submitted: October 21, 1999        Decided: October 26, 1999

---

Before WIDENER and TRAXLER, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Jerry Adams, Sr., Appellant Pro Se. Ramona D. Taylor, OFFICE OF THE CITY ATTORNEY, Suffolk, Virginia; Lee Melchor Turlington, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jerry Adams, Sr., appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Adams v. City of Suffolk, No. CA-99-293-2 (E.D. Va. May 25, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on May 24, 1999, the district court's records show that it was entered on the docket sheet on May 25, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was physically entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).